Gina M. Corena, Esq.
Nevada Bar No. 10330
gina@lawofficecorena.com
Danielle C. Miller, Esq.
Nevada Bar No. 9127
danielle@lawofficecorena.com
GINA CORENA & ASSOCIATES
300 S. Fourth Street, Suite 1250
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 897-6507
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARISOL PADRON-LOPEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES RIVER INSURANCE COMPANY; DOES I through X, and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01647-GMN-VCF<br><br>**JOINT STATUS REPORT REGARDING PLAINTIFF'S MOTION TO COMPEL** |

Pursuant to this Court's Minute Order Regarding Plaintiff's Motion to Compel (ECF No. 18), dated March 19, 2020, Plaintiff MARISOL PADRON-LOPEZ, and Defendant JAMES RIVER INSURANCE COMPANY hereby submit the following Joint Status Report:

**1. Status of the Action**

On March 17, 2020, this Court granted Plaintiff's Motion to Compel Defendant to comply with Fed. R. Civ. P. 26 (a)(1)(A)(ii) and produce Defendant's claim file and compelling Defendant to produce documents responsive to Plaintiff's Requests for Production of Documents pursuant to Fed. R. Civ. P. 34. *See* ECF No. 18.

On March 31, 2020, Defendant served its First Supplemental FRCP 26 Disclosure of Witnesses and Documents (hereinafter "First Supplement") pursuant to the Court's Order. Defendant's First Supplement only included its pre-litigation claim file. To date, Defendant

has also not provided Supplemental Responses to Plaintiff's Requests for Production of Documents.

It is Plaintiff's position that the entire claim file must be produced and that if there are communications between Defendant and its counsel, that such communications be redacted with an accompanying privilege log.

It is also Plaintiff's position that Defendant must also provide Supplemental Responses to Plaintiff's Requests for Production of Documents as those are still outstanding.

**2. Action Required from the Court**

That the telephonic status check presently set for April 29, 2020 at 1:00 p.m., before Magistrate Judge Cam Ferenbach proceed to address Defendant's production of the entire claim file and to address Defendant providing Supplemental Responses to Plaintiff's Requests for Production of Documents.

SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

DATED this 23rd day of April, 2020.    DATED this 23rd day of April, 2020.

GINA CORENA & ASSOCIATES               BREMER WHITE BROWN & O'MEARA, LLP

*Danielle C. Miller, Esq.*             *Jared G. Christiansen, Esq.*
_____            _____
Gina M. Corena, Esq.                   Lucian J. Greco, Esq.
Nevada Bar No. 10330                   Nevada Bar No. 10600
Danielle C. Miller, Esq.               Jared G. Christiansen, Esq.
Nevada Bar No. 9127                    Nevada Bar No. 11538
300 S. Fourth Street, Suite 1250       Deleela M. Weinerman, Esq.
Las Vegas, Nevada 89101                Nevada Bar No. 13985
*Attorneys for Plaintiff*              1160 N. Town Center Drive, Suite 250
                                       Las Vegas, Nevada 89144
                                       *Attorneys for Defendant*

IT IS SO ORDERED.

[signature]

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 4-24-2020