**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

MARISOL PADRON-LOPEZ,

    Plaintiff,

vs.

JAMES RIVER INSURANCE COMPANY,

    Defendant.

2:19-cv-01647-GMN-VCF

**ORDER**

Before the court is Defendant James River Insurance Company's Emergency Motion For A Protective Order Regarding Plaintiff's Second Amended Notice Of Taking the Rule 30(B)(6) Deposition Of The Person(s) Most Knowledgeable For Defendant James River Insurance Company (ECF No. 24).

Accordingly,

IT IS HEREBY ORDERED that the 30(B)(6) Deposition of The Person(s) Most Knowledgeable For Defendant James River Insurance Company, scheduled for June 19, 2020, is stayed pending further order of the court.

IT IS FURTHER ORDERED that any opposition to Defendant James River Insurance Company's Emergency Motion For A Protective Order Regarding Plaintiff's Second Amended Notice Of Taking The Rule 30(B)(6) Deposition Of The Person(s) Most Knowledgeable For Defendant James River Insurance Company (ECF No. 24) must be filed on or before June 23, 2020.  No reply necessary.

IT IS FURTHER ORDERED that a telephonic hearing on Defendant James River Insurance Company's Emergency Motion For A Protective Order Regarding Plaintiff's Second Amended Notice Of Taking The Rule 30(B)(6) Deposition Of The Person(s) Most Knowledgeable For Defendant James River Insurance Company (ECF No. 24) is scheduled for 11:00 AM, July 1, 2020.

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To

improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

DATED this 17th day of June, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE