LUCIAN J. GRECO, ESQ.
Nevada State Bar No. 10600
JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
lgreco@bremerwhyte.com
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
James River Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARISOL PADRON-LOPEZ, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES RIVER INSURANCE COMPANY; RASIER, LLC; DOES I through X; and ROE CORPORATIONS XI through XX, <br><br> Defendants. | Case No. 2:19-cv-01647-GMN-VCF <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, MARISOL PADRON LOPEZ, by and through her attorney of record, Gina M. Corena, Esq., and Betsy C. Jefferis, Esq., of the Law Office of Gina M. Corena, and Defendant, JAMES RIVER INSURANCE COMPANY, by and through its attorneys of record, Lucian J. Greco, Esq., Jared G. Christensen, Esq., and Deleela M. Weinerman, Esq. of Bremer Whyte Brown & O'Meara, LLP, that all of Plaintiff's claims against JAMES RIVER INSURANCE COMPANY be dismissed, with prejudice, the parties to each

bear their own fees and costs.

Dated this 18 day of ~~October,~~ November 2020

LAW OFFICE OF GINA M. CORENA

By: _____
Gina M. Corena, Esq.
Nevada Bar No. 10330
Betsy C. Jefferis, Esq.
Nevada Bar No. 12980
Attorneys for Plaintiff,
Marisol Padron-Lopez

Dated this 1 day of ~~October~~ December, 2020

BREMER WHYTE BROWN & O'MEARA, LLP

By: _____
Lucian J. Greco, Jr., Esq.
Nevada Bar No. 10600
Jared G. Christensen, Esq.
Nevada Bar No. 11538
Deleela M. Weinerman, Esq.
Nevada Bar No. 13985
Attorneys for Defendant,
James River Insurance Company

**IT IS SO ORDERED.**

Dated this __1__ day of December, 2020

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

The **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** in 2:19-cv-01647-GMN-VCF was submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

_____
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Ivey Weinerman, Esq.
Nevada State Bar No. 13985
Attorneys for Defendant,
James River Insurance Company